CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Patrick Gary Schlegel**; DOB: 1991; United States | DOCKET NO. |
| | MAGISTRATE'S CASE NO. **23-01806MJ** |
| Complaint for violation of Title 8 United States Code § 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i). | |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about May 20, 2023, in the District of Arizona, **Patrick Gary Schlegel**, knowing or in reckless disregard that certain aliens, including Adela Martinez-Lopez, Ana Laura Rios-Suarez, and Nicandro Vladimir Estrada-Pimentel, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On or about May 20, 2023, in the District of Arizona (Arivaca), a Border Patrol Integrated Fixed Tower (IFT) camera operator observed a white 2007 Dodge Ram 1500 with tarps and miscellaneous items in the truck bed traveling south toward the International Boundary Fence (IBF). Approximately thirty minutes later, the camera operator observed the same truck now approaching a group of approximately sixteen suspected undocumented noncitizens (UNCs) walking near the end of the IBF, along the border road. The camera operator observed the group load into the bed of the truck and the driver get out and cover them with a tarp. The camera operator maintained visual of the truck and relayed the vehicle's location to BPAs. A Civilian Air Patrol (CAP) fixed wing air asset located the vehicle and followed it. A Border Patrol agent (BPA) in a marked service vehicle was parked on the side of West Arivaca Road. As the truck approached within a mile of the BPA's vehicle, it stopped and turned around. The truck did not continue until the BPA moved the service vehicle off the road. The CAP relayed the truck was now traveling on Montano Ranch Road. A BPA located the truck and followed behind. The BPA observed a tarp covering the truck bed. As the BPA followed, the truck reversed approximately 15 feet and drove recklessly off road through the desert. The BPA cautiously followed the truck and the truck abruptly stopped and people jumped out of the bed and cab. The truck continued driving east approximately forty feet before crashing into a wash. The driver, later identified as **Patrick Gary Schlegel**, exited and ran east. An Arizona National Guard Helicopter (Guard 188) flew low to the ground and kept visual of **Schlegel**. **Schlegel** yelled angrily and threw rocks at Guard 188. A BPA caught up and was able to apprehend **Schlegel**. BPAs also apprehended twelve people within 1,000 feet of the bail out location. The twelve people, including Adela Martinez-Lopez, Ana Laura Rios-Suarez, and Nicandro Vladimir Estrada-Pimentel, were determined to be Mexican and Guatemalan citizens illegally present in the United States. **Continued on the next page:**

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Adela Martinez-Lopez, Ana Laura Rios-Suarez, and Nicandro Vladimir Estrada-Pimentel

| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br>*/s/* |
|---|---|
| | OFFICIAL TITLE<br>Border Patrol Agent |
| Sworn by telephone **x**<br>SIGNATURE OF MAGISTRATE JUDGE *)* | DATE<br>May 22, 2023 |

*) See Federal rules of Criminal Procedure Rules 3, 4.1, and 54
Reviewing AUSA: Price

**Continued from the previous page:**
The UNCs all stated they had traveled in the Dodge Ram. In the truck, BPAs discovered two pistols, 158 rounds of ammunition, 15.4 grams of methamphetamine, 41 fentanyl pills, drug paraphernalia, two radios, and a night vision device. Records checks revealed that Adela Martinez-Lopez, Ana Laura Rios-Suarez, and Nicandro Vladimir Estrada-Pimentel did not have the proper immigration documentation to enter or remain in the United States legally.

Material witness Adela Martinez-Lopez stated that she is a citizen of Mexico and that her cousin arranged for her to be smuggled into the United States for $12,000. Martinez stated she crossed the IBF with 10 to 12 other people. Martinez said the coordinators told the group that a load vehicle would be waiting for them at the border as soon as they crossed. Martinez stated a white truck was there waiting, and the driver instructed the females to get into the cab and the males to get into the bed. Martinez said the driver was doing circles for two hours near the border before driving north. Martinez said the driver yelled at everyone to duck down. Martinez said the driver drove extremely fast and she felt scared for her life. When shown a photo lineup, Martinez positively identified **Schlegel** as the driver.

Material witness Ana Laura Rios-Suarez stated that she is a citizen of Mexico and her boyfriend had arranged for her to be smuggled into the United States for $14,000. Rios stated she crossed the IBF as part of a group and waited for a vehicle to pick them up. Rios stated a white full size pickup truck arrived, and the driver ordered the women to ride in the front and the men in the back. Rios said she knelt on the floor in front of the front passenger seat and the driver covered her with blankets. Rios stated she heard the driver talking on a handheld radio. Rios later heard a BPA's vehicle siren and the driver started yelling for them to run. When shown a photo lineup, Rios positively identified **Schlegel** as the driver.

Material witness Nicandro Vladimir Estrada-Pimentel said he is a citizen of Mexico and his brother had arranged for him to be smuggled into the United States for $14,000. Estrada stated he crossed the IBF as part of a group of twelve UNCs. Estrada stated guides from Mexico called for the load vehicle. Estrada said a white full sized pickup truck arrived on the border road at the same time the group crossed the IBF. Estrada said the males in the group were put into the bed and covered with a tarp. Estrada stated the driver drove at high rates of speed with the vehicle sliding on the road. Estrada said he and the men were in the back for approximately two hours. Estrada stated they looked for holes in the tarp to facilitate their breathing. Estrada said when BPAs attempted to pull over the vehicle Estrada and his companions fled but gave up shortly due to lack of water.

**Schlegel** consented to a search of his phone. In the phone, BPAs discovered a photograph of a Colt government model 1911 pistol with a text stating, "Yeah I got some new toys to". The pistol appeared to match one of the firearms found in the vehicle.